UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
:
ENTRUPY, INC., :
:
                     Plaintiff, :
: 23 Civ. 10948 (JPC)
       -v- :
: ORDER
JON SIGVE OFTEDAHL, :
:
                     Defendant. :
:
----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

    Plaintiff filed an Amended Complaint on January 8, 2024. To date, no proof of service has been filed on the docket. By on or before May 3, 2024, Plaintiff is ordered to either file proof of service or a letter explaining the efforts Plaintiff has made to effect service.

    SO ORDERED.

Dated: April 29, 2024
       New York, New York
                                        JOHN P. CRONAN
                                        United States District Judge